**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**ROGER SHUMAKER,**

    **Plaintiff,**

**vs.**                                         **Case No. 4:17cv30-RH/CAS**

**JULIE JONES, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate proceeding pro se and with in forma pauperis status, was directed to file an amended complaint. ECF No. 5. Plaintiff was granted an extension of time in which to file the amended civil rights complaint, ECF Nos. 6-7, which was due on or before April 13, 2017. ECF No. 7.

As of this date, Plaintiff has not complied. Plaintiff was advised that if he did not comply, a recommendation would be made to dismiss this case. ECF Nos. 5, 7. It is now apparent that Plaintiff has abandoned this litigation and the case should now be dismissed.

It is respectfully **RECOMMENDED** that this action be **DISMISSED** for failure to comply with a Court Order and failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IN CHAMBERS** at Tallahassee, Florida, on April 25, 2017.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control. If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.