IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROGER SHUMAKER,

    Plaintiff,

v.                                CASE NO. 4:17cv30-RH/CAS

JULIE JONES et al.,

    Defendants.

_____/

**ORDER OF DISMISSAL**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 8. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice." The clerk must close the file.

SO ORDERED on June 13, 2017.

                                        s/Robert L. Hinkle
                                        United States District Judge